UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PIATEK, MEREK A | ) | Case No. 09-14025 |
| | ) | |
| | ) | |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE Calendar D
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on April 20, 2009. On July 10, 2009, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,782.00, in compensation for 4.40 hours of services performed for the period April 29, 2010 through present and reimbursement of actual expenses in the amount of $15.06.

3. A description of the nature of the services rendered by the Applicant is as follows:

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented Trustee's Application to Employ Attorneys for the Trustee. This motion was required under the Bankruptcy Code to enable attorneys in assisting the Trustee to pursue a fraudulent conveyance action. Cohen & Krol expended 1.55 hours in the activity of Professional Employment.

SETTLEMENT

The Trustee reached an agreeable settlement with the Debtor before Cohen & Krol could file the fraudulent conveyance case. Cohen & Krol prepared and presented the Trustee's Application to Compromise the Controversy and sent notice of said request to all creditors. The

**EXHIBIT G**

proceeds of this settlement are being used to make the distribution to creditors. Cohen & Krol expended 2.85 hours in the activity of Settlement.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK 2009 | 1.55 | $405.00 | $ 627.75 |
| GINA B. KROL/GBK 2010 | 2.85 | $405.00 | $1,154.25 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,782.00 and reimbursement of actual and necessary expenses of $15.06 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: February 2, 2012                /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**