UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PIATEK, MEREK A § Case No. 09-14025
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/13/2012 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012         By: KENNETH S. GARDNER
                                                  Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
PIATEK, MEREK A  §  Case No. 09-14025
§
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,404.54 |
| and approved disbursements of | $ | 73.00 |
| leaving a balance on hand of[1] | $ | 12,331.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,990.44 | $ 0.00 | $ 1,990.44 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,782.00 | $ 0.00 | $ 1,782.00 |
| Other: International Sureties Ltd. | $ 10.52 | $ 10.52 | $ 0.00 |
| Other: Cohen & Krol | $ 15.06 | $ 0.00 | $ 15.06 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,787.50 |
| Remaining Balance | $ 8,544.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,208.25  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 3,384.10 | $ 0.00 | $ 685.03 |
| 000002 | First National Bank of Omaha | $ 1,833.55 | $ 0.00 | $ 371.16 |
| 000003 | American Express Centurion Bank | $ 301.38 | $ 0.00 | $ 61.01 |
| 000004 | Fia Card Services, NA/Bank of America | $ 34,544.01 | $ 0.00 | $ 6,992.60 |
| 000005 | Fia Card Services, NA/Bank of America | $ 2,145.21 | $ 0.00 | $ 434.24 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,544.04 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                          Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-14025-DRC
Merek A Piatek                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: adragonet            Page 1 of 2            Date Rcvd: Mar 20, 2012
                                Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2012.
```
db          +Merek A Piatek,    811 Minnesota Circle,    Carol Sream, IL 60188-9219
13807955     AMERICAN EXPRESS,    P.O. BOX 981535,    EL PASO, TX 79998-1535
15390633     American Express Centurion Bank,    Becket and Lee LLP,    Attorney Agents for Creditors,
              POB 3001,    Malvern, PA 19355-0701
13807956     BANK OF AMERICA,    P.O. BOX 15027,    WILMINGTON, DE 19850-5027
13807960     FIRST NATIONAL BANK OF OMAHA,    P.O. BOX 2963,    OMAHA, NE 68172-9890
15360994    +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
13807961    +HARRIS BANK,    3800 GOLF RD., STE. 300,    P.O. BOX 5038,    ROLLING MEADOWS, IL 60008-5038
13807954    +Law Offices of Mark Sciblo PC,    5945 N Elston Ave,    Chicago, IL 60646-5504
13807964     NATIONAL CITY BANK,    P.O. BOX 3038,    KALAMAZOO, MI 49003-3038
13807953    +PIATEK MAREK A,    811 MINNESOTA CIRCLE,    CAROL STREAM, IL 60188-9219
13807965    +RNB-FIELDS,    PO BOX 9475,    MINNEAPOLIS, MN 55440-9475
13807966    #THE PALMER LAW FIRM,    PO BOX 1600,    RANCHO CUCAMONGA, CA 91729-1600
13807967   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    CARDMEMBER SERVICE,    P.O. BOX 6352,
              FARGO, ND 58125-6352)
13807968    +ZWICKER & ASSOCIATES, P.C.,    80 MINUTEMAN RD.,,    ANDOVER, MA 01810-1008
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15052185      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2012 02:50:35      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
13807959      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2012 02:50:35      DISCOVER,    P.O. 30943,
               SALT LAKE CITY, UT 84130
15464839      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2012 02:55:58
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
13807962      E-mail/Text: Bankruptcy@icsystem.com Mar 21 2012 03:11:50      I.C. SYSTEM, INC.,
               444 HIGHWAY 96 EAST,    P.O. BOX 64887,    ST. PAUL, MN 55164-0887
                                                                                              TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13807957     ##BANK OF AMERICA,    P.O. BOX 15026,    WILMINGTON, DE 19850-5026
13807958     ##BANK OF AMERICA,    FIA CARD SERVICES,    P.O. BOX 15026,    WILMINGTON, DE 19850-5026
13807963    ##+NATIONAL CITY BANK,    CUSTOMER SERVICE,    P. O. BOX 2349,    KALAMAZOO, MI 49003-2349
                                                                                        TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: adragonet            Page 2 of 2             Date Rcvd: Mar 20, 2012
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2012 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
      gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
      jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Mark  Sciblo    on behalf of Debtor Merek Piatek attorney_sciblo@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                             TOTAL: 4